IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION
In Admiralty

| | |
|---|---|
| JAMES F. WILSON LIVING REVOCABLE TRUST OF JAMES F. WILSON, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil No.: ) |
| AT LC 87, LLC, *in personam,* and M/Y BBELLA, Official Number 1290829, (ex JIMMYISM) her engines, apparel, appurtenances, etc., *in rem,* | ) ) ) ) ) ) |
| Defendants. | ) ) ) |

**VERIFIED COMPLAINT**

Plaintiff, James F. Wilson Living Revocable Trust of James F. Wilson ("Wilson") sues Defendants, AT LC 87, LLC ("AT LC 87"), and the motor yacht BBELLA, ex JIMMYISM, Official Number 1290829 ("BBELLA"), *in rem*, her engines, apparel, appurtenances, etc., and alleges upon information and belief as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. This is an action brought pursuant to this Court's admiralty and maritime jurisdiction pursuant to 28 U.S.C. § 1333, Rule 9(h) of the Fed. R. Civ. P. and Supplemental Rule for Admiralty and Maritime Claims C and a Complaint for money damages. This Court has jurisdiction pursuant to 28 U.S.C. § 1333 and 46 U.S.C. §§ 31321-31330.

2. This action is brought, in part, pursuant to 46 U.S.C. § 31325(b)(1) to enforce a preferred ship mortgage lien on the BBELLA. This Court has original jurisdiction over the preferred ship mortgage lien claim in accordance with 46 U.S.C. § 31325(c).

1

3. This Court has subject matter jurisdiction over the claims in this action that arise under the laws of the State of Florida pursuant to 28 U.S.C. § 1367(a), because the state law claims are so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

4. Plaintiff, Wilson, is a Revocable Trust organized and existing in the State of Florida.

5. Defendant, BBELLA, is a Cheoy Lee, 2014 Model Alpha 87' Express Sportbridge documented under the laws of the United States and is presently located within this district and therefore within the jurisdiction of this Court.

6. Defendant, AT LC 87, is an Arizona limited liability company and is the registered owner of BBELLA. AT LC 87 is registered to do business in the state of Florida and has a registered agent located in the state of Florida. Jurisdiction is proper over AT LC 87 as it has operated a vessel within the district.

## COMMON FACTUAL ALLEGATIONS TO ALL COUNTS

7. This case arises from AT LC 87's purchase of BBELLA (f/k/a JIMMYISM) and failure to pay the purchase price.

8. On or about December 2022, AT LC 87, through its manager Larmore, contacted Wilson's authorized representative to purchase the BBELLA, which was located in Charlotte County, Florida.

9. AT LC 87 purchased the BBELLA for $2,150,000.00. AT LC 87 would pay $1,150,000.00 and the remaining $1,000,000 would be paid pursuant to a promissory note and secured by a preferred ship mortgage.

10. Wilson and AT LC 87 entered into the First Preferred Ship Mortgage on December 5, 2022. (**Exhibit A**).

11. That same day, Wilson, Larmore, and ATA Fishville FL, LLC entered into the Promissory Note & Security Agreement for Purchase of Vessel "JIMMYISM" (hereinafter, 'Note and Security Agreement") secured by the First Preferred Ship Mortgage. (**Exhibit B**).

12. Pursuant to the Note and Security Agreement, Larmore became indebted to Wilson in the amount of $1,000,000.00. Further, Larmore agreed to pay one hundred and twenty (120) equal monthly installments in the amount of $11,610.85. *See* **Exhibit B**, at ¶ 1.a. The payments are due on the first day of each month and if a payment is not paid a 5% late fee is assessed. *Id*. at ¶ 1.b.-c.

13. The Note and Security Agreement granted a security interest in the BBELLA and was accompanied by the First Preferred Ship Mortgage on the BBELLA, which was duly executed and recorded with the United States Coast Guard central documentation office in Falling Waters, West Virginia on December 12, 2022 at 9:26 a.m., Batch No. 114197200. (Abstract of Title is attached as **Exhibit C**).

14. All of the acts and things required by the Ship Mortgage Act 1920, 46 U.S.C.A. § 31321, *et seq.*, in order to give the First Preferred Ship Mortgage, the status of a "Preferred Mortgage" were duly done or caused to be done either by the Mortgagor (AT LC 87 and/or Larmore), Mortgagee (Wilson), and/or the United States Coast Guard.

15. AT LC 87 made the first five (5) monthly installment payments (from January 2023-May 2023) required by the Note and Security Agreement and First Preferred Ship Mortgage. However, AT LC 87 has since failed to make any further payments. Accordingly, AT LC 87 has defaulted on the First Preferred Ship Mortgage

16. As a result, all of the sums due and owing under the First Preferred Ship Mortgage and Note and Security Agreement are hereby accelerated, and are now due and owing.

17. Wilson hereby claims a Preferred Mortgage lien against the BBELLA, her engines, tackle, equipment and appurtenances, etc. including equipment now on board or temporarily removed therefrom, in the amount of $970,773.4, including accrued interest in the amount of $30,778.97 and late fees ($2,902.71) plus additional prejudgment interest at the daily factor/per diem rate of .0001944 and late fees to the date of judgment and post judgment interest at the aforesaid daily factor/per diem rate and late fees to the date of Marshal's sale, reasonable attorney's fees as provided in the First Preferred Ship Mortgage and the Note and Security Agreement, the costs of this action, and the cost of marine insurance for the BBELLA during the pendency hereof, and custodial costs in preference and priority over all other lienors of the BBELLA.

18. Wilson has retained the law firm of Crenshaw, Ware and Martin, PLC and Turkel Cuva Barrios, P.A., and is obligated to pay reasonable fees for their services.

19. All conditions precedent to bringing and maintaining this action and the granting of the relief requested have occurred, been performed, or have been waived.

**COUNT I**
**FORECLOSURE ACTION**
**(Against BBELLA, *in rem*)**

20. Plaintiff Wilson realleges and incorporates paragraphs 1 through 19 as if fully set forth herein.

21. Wilson brings this Count *in rem* against the BBELLA pursuant to 46 U.S.C. § 31341 and *et seq.* and in accordance with the Supplemental Rule C.

22. The First Preferred Ship Mortgage confirms that the owner, AT LC 87, is indebted to the mortgagee, Wilson, in the amount of $970,773.46 plus accrued interest, late fees, attorney's

fees and costs as evidenced by the First Preferred Ship Mortgage and Note and Security Agreement, which was for the benefit of the mortgagee, Wilson. The Note and Security Agreement is defined as the "Indebtedness" under the terms of the First Preferred Ship Mortgage.

23. By the terms and provisions of the First Preferred Ship Mortgage, AT LC 87 is indebted to Wilson, in the amount of $1,000,000.00 less any principal paid. It is estimated that about $29,226.54 in principal has been paid. Interest continues to accrue at 7% per annum and late fees are owed.

24. Additionally, Wilson is entitled to recover his fees and costs in accordance with the terms of the First Preferred Ship Mortgage.

25. AT LC 87 is in default of the First Preferred Ship Mortgage as no payment on either principal or interest has been made since May 2023 in accordance with the terms of the First Preferred Ship Mortgage.

26. By the terms and provisions of the Note and Security Agreement, Larmore is indebted to Wilson, in the amount of $1,000,000.00 less any principal paid. It is estimated that about $29,226.54 in principal has been paid. Interest continues to accrue at 7% per annum and late fees are owed.

27. Additionally, Wilson is entitled to recover his fees and costs in accordance with the terms of the Note and Security Agreement.

28. Larmore is in default of the Note and Security Agreement as no payment on either principal or interest has been made since May 2023 in accordance with the terms of the Note and Security Agreement.

29. Wilson is entitled to enforce his maritime lien through the arrest and sale of the BBELLA.

30. Therefore, Wilson respectfully requests that this Court issue a summons and warrant for the arrest of the BBELLA and order for the sale of the BBELLA, thereby allowing Wilson to recoup the amounts owed included with all expenses permitted by law and pursuant to the terms of the First Preferred Ship Mortgage and Note and Security Agreement including but not limited to the cost associated with the arrest of the BBELLA, attorney's fees, and interest.

WHEREFORE, Plaintiff, James F. Wilson Living Revocable Trust of James F. Wilson, prays that after the due proceedings are had:

   a. That process in due form and according to the rules and practices of this Court in a cause of Admiralty and Maritime jurisdiction, be issued against the BBELLA authorizing the *in rem* arrest and seizure of the BBELLA;

   b. The First Preferred Ship Mortgage be declared to be a valid and sustaining preferred mortgage lien in favor of Wilson and against the BBELLA, in the amount of 970,773.46 including accrued interest in the amount of $30,778.97 and additional interest through the date of the sale and late fees in the amount of $2,902.71 and late fees that continue to accrue prejudgment interest at the daily factor/per diem rate of .0001944 and late fees to the date of judgment, post judgment interest at the aforesaid rate and late fees to the date of Marshal's sale, reasonable attorney's fees as provided in the First Preferred Ship Mortgage and the Note and Security Agreement, the costs of this action, and the cost of marine insurance for the BBELLA during the pendency hereof, in preference and priority over all other lienors of the BBELLA;

   c. This Court direct that notice of the commencement of this suit be given by Wilson to the owner and the caretaker of the BBELLA, and any other persons, firms or

corporations having any interest therein or having filed any mortgages or notices of liens against the BBELLA;

d.  That judgment be entered in favor of Plaintiff, Wilson and against Defendant, BBELLA, *in rem* in the amount set forth above plus accruing interest, attorney's fees, cost, (including custodial costs) together with all other damages and losses as permitted by law;

e.  That the BBELLA, its engines, tackle, equipment, appurtenances, etc., be arrested, condemned and sold by the United States Marshal of this District under the decree of this Court, and the proceeds realized to be paid over to plaintiff to satisfy or partially satisfy said judgment;

f.  That Wilson have a bidding credit with respect to the sale of the BBELLA in the amount of the indebtedness as of the date that the BBELLA is to be sold; and,

g.  For all such further and other relief which justice requires or may be deemed appropriate by this Court.

## COUNT II
## BREACH OF CONTRACT – THE FIRST PREFERRED MORTGAGE
**(Against AT LC 87, *in personam*)**

31. Plaintiff Wilson realleges and incorporates paragraphs 1 through 29 as if fully set forth herein.

32. Wilson brings this Count against AT LC 87, *in personam*, for a breach of the First Preferred Ship Mortgage.

33. Pursuant to the terms of the First Preferred Ship Mortgage, AT LC 87 is in default upon the occurrence of "[f]ailure to pay any installment of principal or interest under the Indebtedness, or the principal or interest scheduled under other indebtedness of [AT LC 87] to

[Wilson], *within ten (10) days of the date such payment is due.*" **Exhibit A**, at ¶ 3.01 (emphasis added).

34. AT LC 87 has failed to pay the outstanding indebtedness due to Wilson constituting a material breach of the First Preferred Ship Mortgage.

35. Larmore has failed to make timely payments since April 2023 and thus, the debt is more than ninety (90) days past due.

36. As a result of AT LC 87's breach of the First Preferred Ship Mortgage, Wilson has incurred and will continue to incur damages including indebtedness owed, cost incurred for this action and attorney's fees.

WHEREFORE, Plaintiff, James F. Wilson Living Revocable Trust of James F. Wilson, prays that after proceedings are had:

a. That judgment be entered in favor of Plaintiff, Wilson and against Defendant, AT LC 87, *in personam*, in the amount of the outstanding principal approximately $977,000.00 plus accruing interest, late fees, attorney's fees and costs (including custodial costs) together with all such other damages and losses permitted by law; and

b. For all such further relief which justice requires or may be deemed appropriate by this Court.

Dated: September 7, 2023

        Respectfully submitted,

        **JAMES F. WILSON LIVING REVOCABLE TRUST OF JAMES F. WILSON,**

    By:     /s/ W. Ryan Snow
        W. Ryan Snow, VSB No. 47423
        K. Barrett Luxhoj, VSB No. 86302

CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
wrsnow@cwm-law.com
kbluxhoj@cwm-law.com
*Attorneys for James F. Wilson Living Revocable Trust of James F. Wilson*

# **VERIFICATION**

BEFORE ME, the undersigned authority, personally appeared James F. Wilson on behalf of and with proper authority to sign on behalf of the James F. Wilson Living Revocable Trust of James F. Wilson executed on June 28, 2018, who upon being duly sworn, deposes and says:

I am the Plaintiff and as such have the authority to execute this verification; and I have read the foregoing Complaint and reviewed the terms of the First Preferred Mortgage and the Note and Security Agreement and know the contents thereof and the same are true to the best of my knowledge, except for those matters herein stated upon information of belief and as to those matters, I also believe to be true.

James F. Wilson Living Revocable Trust

By: _WILLIAM BRADLEY HOLCOMBE, ESQ._

As Its: _SVP/GENERAL COUNSEL_

_[signature]_  SEPTEMBER 7, 2023

STATE OF: _Georgia_

COUNTY OF: _Dekalb_

BEFORE ME, the undersigned authority, the foregoing instrument was acknowledged before me by means of _✓_ physical presence or ____ online notarization, this _7TH_ day of September, 2023, by _William Holcombe_ who is ____ personally known to me or who has shown _Driver's license_ as identification.

NOTARY PUBLIC

_D. Robinson_ [signature]

_Danae M. Robinson_
Printed Name

[Notary seal: D. ROBINSON / NOTARY PUBLIC / EXP. NOV. 4, 2025 / DEKALB COUNTY, GA]

Commission:

1