**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION – IN ADMIRALTY**

| | | |
|---|---|---|
| **JAMES F. WILSON LIVING REVOCABLE TRUST OF JAMES F. WILSON,** | : | |
| | : | |
| | : | **Case No. 2:23-cv-441** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **M/Y BBELLA, Official Number 1290829, (ex JIMMYISM) her engines, apparel, appurtenances, etc.,** *in rem*, | : | |
| | : | |
| Defendant. | | |

## <u>NOTICE OF STAY</u>

AT LC 87, LLC, as owner of the M/Y BBELLA, Official Number 1290829, (ex

JIMMYISM) her engines, apparel, appurtenances, etc. *in rem*, by restricted appearance pursuant

to Fed. R. Civ. P. Supplemental Rules for Certain Admiralty and Maritime Claims E(8), hereby

gives notice that pursuant to the attached Order Appointing Temporary Receiver and Temporarily

Freezing Assets and Imposing Litigation Injunction, and specifically Section VIII, Paragraph 18,

and Exhibit D, it appears that this case is "stayed and/or enjoined."

Respectfully submitted,

/s/ Marissa M. Henderson
David N. Ventker (VSB No. 29983)
Marissa H. Henderson (VSB No. 44156)
VENTKER HENDERSON STANCLIFF, PLLC
256 West Freemason St.
Norfolk, Virginia 23510
Telephone:     757.625.1192
Facsimile:      757.625.1475
dventker@ventkerlaw.com
mhenderson@ventkerlaw.com

*Counsel for AT LC 87, LLC, as*
*owner of the M/Y BBELLA, in rem*